J.D. LUNSFORD and State
Compensation Insurance
Authority, Petitioners,

v.

Timothy S. SAWATZKY; the Industrial
Claim Appeals Office of the State of
Colorado; Director, Division of Labor;
Aspen Plumbing and Heating, Inc.; and
Continental Surety and Fidelity Insurance Company, Respondents.

No. 89SC604.

Supreme Court of Colorado,
En Banc.

March 5, 1990.

Petition for Writ of Certiorari DENIED.